821 A.2d 1166

IN THE MATTER OF PATRICK M. CASEY, AN ATTORNEY AT LAW (ATTORNEY NO. 012691987).

May 16, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–299, concluding that **PATRICK M. CASEY** of

**NORTHFIELD,** who was admitted to the bar of this State in 1987, and who thereafter was suspended from the practice of law for a period of three months by Order of this Court filed October 30, 2001, and who remains suspended at this time, should be suspended from practice for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), and *RPC* 1.4(a) (failure to communicate with client);

And the Disciplinary Review Board having concluded that prior to reinstatement respondent should be required to submit proof of his fitness to practice law;

And the Court having ordered on October 30, 2001, that on reinstatement to practice, respondent should practice law under supervision;

And good cause appearing;

It is ORDERED that **PATRICK M. CASEY** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof that he is fit to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics, and shall obtain the approval of the Office of Attorney Ethics to his ongoing treatment plan; and it is further

ORDERED that prior to reinstatement, respondent shall submit proof that he has returned the sum of $2,000 to his client in the *Ostroski* matter as directed by the District I Fee Arbitration Committee; and it is further

ORDERED that on reinstatement, respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of his suspension

and that he continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.